IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SHARIF MCNAIR | § | |
| (Bell County #224797) | § | |
| | § | |
| V. | § | W-24-CA-593-ADA |
| | § | |
| EDDY LANGE | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date, the court dismissed Movant Sharif McNair's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in the cause have been resolved, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Movant Sharif McNair's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on January 6, 2025

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE